UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIELA PEDERSEN, | Case No.  15-cv-01472-YGR |
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| BANKERS LIFE AND CASUALTY COMPANY, et al., | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| REFERRED TO ADR FOR MEDIATION  TO BE COMPLETED BY: | October 9, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | October 16, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | December 4, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 8, 2016<br>Rebuttal: January 29, 2016 |
| EXPERT DISCOVERY CUTOFF: | February 19, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | April 26, 2016 |
| COMPLIANCE HEARING (SEE PAGE 2) | Friday, June 10, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 24, 2016 |
| PRETRIAL CONFERENCE: | Friday, July 8, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 25, 2016 at 8:30 a.m. for 5 days<br>(jury Trial) |

United States District Court
Northern District of California

---

[1] See Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

United States District Court
Northern District of California

1    Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet

2    and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance

3    hearing on Friday, June 10, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed

4    the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing

5    shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

6    Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page

7    JOINT STATEMENT confirming they have complied with this requirement or explaining their

8    failure to comply.  If compliance is complete, the parties need not appear and the compliance

9    hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have

10   submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

11          The parties must comply with both the Court's Standing Order in Civil Cases and Standing

12   Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All

13   Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

14          **IT IS SO ORDERED.**

15   Dated: June 24, 2015

16

17   YVONNE GONZALEZ ROGERS
     United States District  Court Judge

18

19

20

21

22

23

24

25

26

27

28