UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELA PEDERSEN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANKERS LIFE AND CASUALTY COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01472-YGR   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 9, 2015<br>Mediator:  Jody LeWitter |

IT IS HEREBY ORDERED that the request to excuse defendants CNO Services, LLC and Bankers Life and Casualty Company's company representative, Kelly Heindl, from appearing in person at the October 9, 2015, mediation before Jody LeWitter is GRANTED.  Ms. Heindl shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: OCTOBER 6, 2015

Maria-Elena James
United States Magistrate Judge