**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIELA PEDERSEN**,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>**CNO SERVICES, LLC**, *et al.*,<br><br>　　　Defendants. | Case No.: 4:15-cv-01472 YGR<br><br>**ORDER GRANTING MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW AS COUNSEL AND NOTICE TO UNREPRESENTED PARTIES**<br><br>Re: Dkt. No. 28 |

　　Currently pending before the Court is the motion of Peter F. Lacques, Steven Kesten, and Samuel Kesten (collectively, "Counsel") to be relieved as counsel for plaintiff Daniela Pedersen ("Client"). (Dkt. No. 28.) No party filed any opposition to the motion.

　　The Court having read and considered the moving papers, the proof of service on the Client, and all other matters relevant to the motion, and good cause appearing therefore, **GRANTS** the Motion to Withdraw as Counsel *effective upon filing proof of service of this Order upon the Client*.

　　The Client's last known address is set forth below:
　　　99 Lauralwood Drive
　　　Novato, California

　　There is one scheduled hearing set in the litigation at this time: Compliance Hearing, currently set for **September 9, 2016 at 9:01 a.m.**

　　The trial in this action has been set for Monday, October 11, 2016, at 8:30 a.m. for 5 days (jury trial).

　　1.　The Client is hereby notified of the following effects of this order on her:

**NOTICE TO CLIENT**

Your present attorney will no longer be representing you.

2. The Client is notified that if she will be representing herself, the Client shall be solely responsible for the case.

> **NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**
>
> You will not have an attorney representing you. You may wish to seek legal assistance. If you do not have a new attorney to represent you in this action or proceeding, and you are legally permitted to do so, you will be representing yourself. It will be your responsibility to comply with all court rules and applicable laws. **If you fail to do so, or fail to appear at hearings, action may be taken against you. You may lose your case.**

3. The Client is notified that it is their duty to keep the Court informed at all times of the Client's current address. The Court needs to know how to contact you.

> **NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**
>
> If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

**IT IS SO ORDERED.**

Dated: December 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**