**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIELA PEDERSEN**,<br><br>    Plaintiff,<br><br>  vs.<br><br>**CNO SERVICES, LLC, *et al.*,**<br><br>    Defendants. | Case No.: 15-CV-01472 YGR<br><br>**ORDER AMENDING SCHEDULING ORDER; VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 34, 39 |

Currently before the Court is Plaintiff's request to extend the fact discovery period in this case. (*See* Dkt. No. 39.) Good cause appearing, the Court hereby **AMENDS** the scheduling order such that the non-expert discovery cutoff shall be May 6, 2016. The existing scheduling order (Dkt. No. 34) shall otherwise remain in effect.

In addition, the Court **VACATES** the Case Management Conference currently scheduled for March 14, 2016.

**IT IS SO ORDERED**.

Dated: March 11, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**